AO 455(Rev. 5/85) Waiver of Indictment

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

ROBERT RAMIRES-CHINCOYA

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR1589-L

I, ROBERT RAMIRES-CHINCOYA , the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1326(a) and (b)-Deported Alien Found in the United States (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on May 15, 2008 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

FILED
MAY 15 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

X Ramirez
Defendant

Counsel for Defendant

Before
JUDICIAL OFFICER